JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BAZURTO, | ) Case No. CV 08-4750-JFW(RC) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| FERNANDO GONZALEZ,[1] | ) |
| Respondent. | ) |

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATED: January 28, 2009

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Fernando Gonzalez is substituted as the respondent.

R&R\08-4750.jud
12/24/08